**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Western District of Washington

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy  06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br> Bring your picture identification to your meeting with the trustee. | First name: **Lori Ann** <br> Middle name: **Barcenilla** <br> Last name: **Torres** <br> Suffix (Sr., Jr., II, III): _____ | First name: _____ <br> Middle name: _____ <br> Last name: _____ <br> Suffix (Sr., Jr., II, III): _____ |
| **2. All other names you have used in the last 8 years** <br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name: **Lori** <br> Middle name: _____ <br> Last name: **Torres** <br> First name: _____ <br> Middle name: _____ <br> Last name: _____ <br> Business name (if applicable): **MixxedFit** <br> Business name (if applicable): _____ | First name: _____ <br> Middle name: _____ <br> Last name: _____ <br> First name: _____ <br> Middle name: _____ <br> Last name: _____ <br> Business name (if applicable): _____ <br> Business name (if applicable): _____ |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – **0 0 4 6** <br> OR <br> **9** xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___ <br> OR <br> **9** xx – xx – ___ ___ ___ ___ |

| Debtor 1 | Lori Ann Barcenilla Torres | | Case number *(if known)*_____ |
|---|---|---|---|
| | First Name　Middle Name　Last Name | | |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 4. | **Your Employer Identification Number (EIN), if any.** | 4 6 – 4 3 8 3 7 4 2<br>EIN<br><br>___ ___ – ___ ___ ___ ___ ___ ___ ___<br>EIN | ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>EIN<br><br>___ ___ – ___ ___ ___ ___ ___ ___ ___<br>EIN |
| 5. | **Where you live** | 12721 Emerald Ridge Blvd E<br>Number　　Street<br><br>_____<br><br>Puyallup　　　　　　　WA　98374<br>City　　　　　　　　State　ZIP Code<br><br>Pierce<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number　　Street<br><br>_____<br>P.O. Box<br><br>_____<br>City　　　　　　　　State　ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number　　Street<br><br>_____<br><br>_____<br>City　　　　　　　　State　ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number　　Street<br><br>_____<br>P.O. Box<br><br>_____<br>City　　　　　　　　State　ZIP Code |
| 6. | **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.)<br>_____<br>_____<br>_____<br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.)<br>_____<br>_____<br>_____<br>_____ |

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☐ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☑ **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☑ No
- ☐ Yes.

| District _____ | When _____ MM / DD / YYYY | Case number _____ |
| District _____ | When _____ MM / DD / YYYY | Case number _____ |
| District _____ | When _____ MM / DD / YYYY | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No
- ☐ Yes.

Debtor _____ Relationship to you _____
District _____ When _____ MM / DD / YYYY Case number, if known _____

Debtor _____ Relationship to you _____
District _____ When _____ MM / DD / YYYY Case number, if known _____

**11. Do you rent your residence?**

- ☑ No. Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you?
  - ☑ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 3

Case 25-42200-MJH  Doc 1  Filed 09/05/25  Ent. 09/05/25 08:54:13  Pg. 3 of 18

Debtor 1 __Lori Ann Barcenilla Torres__     Case number (if known)_____
         First Name  Middle Name  Last Name

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____  _____  _____
City                              State    ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1 __Lori Ann Barcenilla Torres__ Case number *(if known)*_____
       First Name   Middle Name   Last Name

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

    *For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

    ☑ No
    ☐ Yes. What is the hazard? _____
    _____

    If immediate attention is needed, why is it needed? _____
    _____

    Where is the property? _____
    Number     Street

    _____

    _____  _____  _____
    City                              State  ZIP Code

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

### Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☒ No. Go to line 16b.
- ☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.
_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☒ No. I am not filing under Chapter 7. Go to line 18.
- ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**

- ☐ 1-49
- ☒ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _____  ✗ _____
Signature of Debtor 1                Signature of Debtor 2

Executed on  09/02/2025             Executed on  _____
             MM / DD / YYYY                       MM / DD / YYYY

Debtor 1 __Lori Ann Barcenilla Torres__  
First Name  Middle Name  Last Name

Case number (*if known*)_____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ _____  Date _____
Signature of Attorney for Debtor                             MM / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number    Street

_____

_____
City                                    State        ZIP Code

Contact phone _____  Email address _____

_____
Bar number                              State

| | |
|---|---|
| **For you if you are filing this bankruptcy without an attorney**<br><br>**If you are represented by an attorney, you do not need to file this page.** | The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**<br><br>To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.<br><br>You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**<br><br>If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.<br><br>Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?<br><br>☐ No<br>☒ Yes<br><br>Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?<br><br>☐ No<br>☒ Yes<br><br>Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?<br>☒ No<br>☐ Yes. Name of Person_____.<br>  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).<br><br>By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case. |

| | | | |
|---|---|---|---|
| ✗ /s/ _____ | | ✗ _____ | |
| Signature of Debtor 1 | | Signature of Debtor 2 | |
| Date | 09/02/2025<br>MM / DD / YYYY | Date | _____<br>MM / DD / YYYY |
| Contact phone | (206) 693-9515 | Contact phone | |
| Cell phone | (206) 693-9515 | Cell phone | |
| Email address | lori1225@gmail.com | Email address | |

Official Form 101     **Voluntary Petition for Individuals Filing for Bankruptcy**     page 9

Form 204 – List of Creditors Who Have the 20 Largest Unsecured Claims
Debtor: Lori Ann Barcenilla Torres
Case No. (if known): _____
Chapter 11 Subchapter V

Creditor 1

Name: American Express (Business)
Address: P.O. Box 981535, El Paso, TX 79998-1535
Total claim (if known): $8,000
Nature of claim: Business credit card
Contingent / Unliquidated / Disputed: No

Creditor 2

Name: American Express (Personal)
Address: P.O. Box 981535, El Paso, TX 79998-1535
Total claim (if known): $6,000
Nature of claim: Personal credit card
Contingent / Unliquidated / Disputed: No

Creditor 3

Name: Chase Bank USA, N.A. (Business Card)
Address: P.O. Box 15298, Wilmington, DE 19850
Total claim (if known): $30,000
Nature of claim: Business credit card
Contingent / Unliquidated / Disputed: No

Creditor 4

Name: Wells Fargo Bank, N.A. (Business Card)
Address: P.O. Box 14517, Des Moines, IA 50306-3517
Total claim (if known): $5,000
Nature of claim: Business credit card
Contingent / Unliquidated / Disputed: No

Creditor 5

Name: Capital One Bank (USA), N.A.

Address: P.O. Box 30281, Salt Lake City, UT 84130
Total claim (if known): $1000
Nature of claim: Personal credit card
Contingent / Unliquidated / Disputed: No

Creditor 6

Name: Bank of America, N.A.
Address: P.O. Box 982238, El Paso, TX 79998
Total claim (if known): $1000
Nature of claim: Personal credit card
Contingent / Unliquidated / Disputed: No

Creditor 7

Name: Comenity Bank (Ulta Card)
Address: P.O. Box 182273, Columbus, OH 43218
Total claim (if known): $4000
Nature of claim: Store credit card
Contingent / Unliquidated / Disputed: No

Creditor 8

Name: Comenity Bank (Sephora Card)
Address: P.O. Box 182273, Columbus, OH 43218
Total claim (if known): $5000
Nature of claim: Store credit card
Contingent / Unliquidated / Disputed: No

Creditor 9

Name: Citibank, N.A. (Home Depot Card)
Address: P.O. Box 6500, Sioux Falls, SD 57117
Total claim (if known): $3000
Nature of claim: Store credit card
Contingent / Unliquidated / Disputed: No

Creditor 10

Name: Synchrony Bank (Amazon Store Card)

Address: P.O. Box 960061, Orlando, FL 32896
Total claim (if known): $0
Nature of claim: Store credit card
Contingent / Unliquidated / Disputed: No

Creditor 11

Name: TD Bank USA, N.A. (Nordstrom Card)
Address: P.O. Box 673, Minneapolis, MN 55440
Total claim (if known): $5000
Nature of claim: Store credit card
Contingent / Unliquidated / Disputed: No

Creditor 12

Name: Target / TD Bank USA, N.A.
Address: P.O. Box 673, Minneapolis, MN 55440
Total claim (if known): $500
Nature of claim: Store credit card
Contingent / Unliquidated / Disputed: No

Creditor 13

Name: Best Buy / Citibank, N.A.
Address: P.O. Box 6403, Sioux Falls, SD 57117
Total claim (if known): $800
Nature of claim: Store credit card
Contingent / Unliquidated / Disputed: No

Creditor 14

Name: Bellarmine Preparatory School
Address: 2300 S. Washington St., Tacoma, WA 98405
Total claim (if known): $3000
Nature of claim: Private school tuition balance
Contingent / Unliquidated / Disputed: No

Creditor 15

Name: St. Charles Borromeo School

Address: 7112 S. 12th St., Tacoma, WA 98465
Total claim (if known): $500
Nature of claim: Private school tuition balance
Contingent / Unliquidated / Disputed: No

Creditor 16

Name: Law Office of Donna Person Smith
Address: 1201 Pacific Ave., Suite 600, Tacoma, WA 98402
Total claim (if known): $6000
Nature of claim: Family law attorney fees
Contingent / Unliquidated / Disputed: No

Creditor 17

Name: Loan Science, Inc.
Address: 611 W. 14th Street, Suite 200, Austin, TX 78701
Total claim (if known): $7000
Nature of claim: Student loan / tuition balance
Contingent / Unliquidated / Disputed: No

Creditor 18

Name: National University
Address: 9388 Lightwave Avenue, San Diego, CA 92123
Total claim (if known): $7000
Nature of claim: Tuition balance / education debt
Contingent / Unliquidated / Disputed: No

U.S. Small Business Administration
409 3rd Street SW
Washington, DC 20416

U.S. Small Business Administration
Office of Capital Access
409 3rd Street SW, Suite 8200
Washington, DC 20416

U.S. Small Business Administration
Office of Disaster Assistance
14925 Kingsport Road
Fort Worth, TX 76155-2243

U.S. Small Business Administration
Economic Injury Disaster Loans
P.O. Box 3918
Portland, OR 97208-3918

Channel Partners Capital, LLC
100 South 5th Street, Suite 900
Minneapolis, MN 55402

Selby Morgan & Born, PLLC
1019 Regents Boulevard, Suite 103
Fircrest, WA 98466
Attorneys for Channel Partners Capital, LLC

First-Citizens Bank & Trust Company
Attn: Data Integrity - DAC54
P.O. Box 27131
Raleigh, NC 27611

First-Citizens Bank & Trust Company
Corporate Headquarters / Legal
4300 Six Forks Road
Raleigh, NC 27609

First-Citizens Bank & Trust Company
Community Affairs - FCB Mail Code: FCC-14

4300 Six Forks Road
Raleigh, NC 27609-5718

OnDeck Capital, Inc.
Attn: Bankruptcy Department
4700 West Daybreak Parkway, Suite 100
South Jordan, UT 84009

OnDeck Capital, Inc.
Attn: Director of Operations
901 N. Stuart Street, Suite 700
Arlington, VA 22203

OnDeck Capital, Inc.
1400 Broadway, 25th Floor
New York, NY 10018

PEAC Solutions (f/k/a Marlin Leasing Corporation)
Attn: Bankruptcy Department
300 Fellowship Road
Mount Laurel, NJ 08054

Business Impact NW
Attn: Loan Servicing / Bankruptcy Notices
12720 Gateway Drive, Suite 207
Tukwila, WA 98168

American Express National Bank
Correspondence / Bankruptcy Department
P.O. Box 981535
El Paso, TX 79998-1535

JPMorgan Chase Bank, N.A.
Attn: Bankruptcy Department
P.O. Box 15298
Wilmington, DE 19850-5298

Targa Real Estate Services, Inc.
Attn: Commercial Leasing Department
720 South 348th Street, Suite A2

Federal Way, WA 98003

Public Storage
701 Western Avenue
Glendale, CA 91201

Public Storage
11107 A Street South
Tacoma, WA 98444

Public Storage
10915 Canyon Road East
Puyallup, WA 98373

GM Financial (AmeriCredit Financial Services, Inc. d/b/a GM Financial)
Attn: Bankruptcy Department
P.O. Box 183853
Arlington, TX 76096

CarMax Business Services, LLC (d/b/a CarMax Auto Finance)
Attn: Bankruptcy Department
P.O. Box 440609
Kennesaw, GA 30160

Harborstone Credit Union
Attn: Collections / Bankruptcy
P.O. Box 4207
Tacoma, WA 98438-0207

Wells Fargo Bank, N.A.
Attn: Bankruptcy Department MAC D3347-014
3476 Stateview Boulevard
Fort Mill, SC 29715

Bank of America, N.A.
Attn: Bankruptcy Department
P.O. Box 15298
Wilmington, DE 19850-5298

Citibank, N.A. (Best Buy Credit Card)

Attn: Bankruptcy Department
P.O. Box 790040
St. Louis, MO 63179-0049

Synchrony Bank (Amazon Credit Card)
Attn: Bankruptcy Department
P.O. Box 965060
Orlando, FL 32896-5060

Comcast Cable Communications, LLC
Attn: Legal Department / Bankruptcy
1701 John F. Kennedy Boulevard
Philadelphia, PA 19103-2838

City of Tacoma
Tax and License Division
Attn: Bankruptcy Notices
747 Market Street, Room 212
Tacoma, WA 98402-3770

De Lage Landen Financial Services, Inc. (DLL Finance)
Servicer for Copiers Northwest
Attn: Bankruptcy Department
10 Waterview Boulevard
Parsippany, NJ 07054

Comenity Bank (Ulta Credit Card)
Attn: Bankruptcy Department
P.O. Box 183043
Columbus, OH 43218-3043

Comenity Capital Bank (Sephora Credit Card)
Attn: Bankruptcy Department
P.O. Box 183043
Columbus, OH 43218-3043

TD Bank USA, N.A. (Nordstrom Card Services)
Attn: Bankruptcy Department
P.O. Box 673
Minneapolis, MN 55440-0673

TD Bank USA, N.A. (Target Card Services)
Attn: Bankruptcy Department
P.O. Box 673
Minneapolis, MN 55440-0673

Department Stores National Bank (DSNB / Macy's)
Attn: Bankruptcy Processing
P.O. Box 8053
Mason, OH 45040

Goldman Sachs Bank USA (Apple Card)
Attn: Bankruptcy Department
P.O. Box 70379
Philadelphia, PA 19176-0379

Barclays Bank Delaware (Old Navy Credit Card)
Attn: Card Services - Bankruptcy Department
P.O. Box 8801
Wilmington, DE 19899

Loan Science, LLC (Servicer)
Attn: Bankruptcy Department
611 South Congress Avenue, Suite 400
Austin, TX 78704

National University
Attn: Student Accounts / Bankruptcy Notices
9388 Lightwave Avenue
San Diego, CA 92123

National General Insurance Company (d/b/a Direct Auto Insurance / Direct General)
Attn: Billing / Bankruptcy Department
P.O. Box 3199
Winston-Salem, NC 27102